UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

JOSEPH MCGRUTHER,

   Petitioner,      Case No. 2:21-cv-94

v.            Honorable Paul L. Maloney

CONNIE HORTON,

   Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered May 27, 2021 (ECF No.5), and the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases because it is barred by the statute of limitations


Dated: July 6, 2021       /s/ Paul L. Maloney
                Paul L. Maloney
                United States District Judge